GREGORY P. EINHORN (106709)
**LAW OFFICES OF GREGORY P. EINHORN**
854 MANZANITA COURT, SUITE 110
CHICO, CA 95926
Telephone: (530) 898-0228
Facsimile:  (530) 898-0877

Attorney for Plaintiff,
MICHAEL BHOJAK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL BHOJAK, | CASE NO. 2-12-CV-00202-JAM-CMK |
| Plaintiff, | |
| vs. | **ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| VICTOR COMMUNITY SUPPORT SERVICES, | Date:       February 20, 2013<br>Time:       9:30 a.m.<br>Courtroom: 6<br>Judge:      Hon. John A. Mendez |
| Defendant. | |

_____/

For the reasons stated at the hearing on this matter, Defendant's Motion for Summary Judgment is hereby DENIED.

It is so ORDERED.

DATED: 2/22/2013

/s/ John A. Mendez
Hon. John A. Mendez
U. S. DISTRICT COURT JUDGE