Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MICHAEL A. BISHOP, ESQ. (SBN 105063)
SHELBI L. OVENSTONE, ESQ. (SBN 266061)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendant VICTOR COMMUNITY SUPPORT SERVICES

GREGORY P. EINHORN SBN: 106709
Law Offices of Gregory P. Einhorn
854 Manzanita Ct., Ste. 110
Chico, CA 95926
Telephone:   (530) 898-0228
Facsimile:    (530) 898-0877

Attorneys for Plaintiff MICHAEL BHOJAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BHOJAK,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR COMMUNITY SUPPORT SERVICES<br><br>    Defendant | Case No.  2:12−CV−00202−JAM−CMK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(i)]** |

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice. The parties have reached a settlement resolving all claims relative to this action, and all conditions, covenants, and agreements pursuant to the terms of that settlement have been performed.

/ / / /

1

*Stipulation and Order for Dismissal with Prejudice [F.R.C.P. 41(a)(1)(i)]*

PDF created with pdfFactory trial version www.pdffactory.com

Dated: May 20, 2013                           **MATHENY SEARS LINKERT & JAIME, LLP**

By   /s/ MICHAEL A. BISHOP, ESQ. as
       authorized on May 20, 2012
     MICHAEL A. BISHOP, ESQ.
     SHELBI L. OVENSTONE
     Attorneys for Defendant Victor
     Community Support Services, Inc.

Dated: May 20, 2013

**LAW OFFICE OF GREGORY P. EINHORN**

By   /s/ GREGORY P. EINHORN, ESQ.
     GREGORY P. EINHORN
     Attorney for Plaintiff Michael Bhojak

**IT IS SO ORDERED:**

Dated: 5/22/2013                    /s/ John A. Mendez
                                    JUDGE OF THE UNITED STATES
                                    DISTRICT COURT FOR THE EASTERN
                                    DISTRICT OF CALIFORNIA

2

*Stipulation and Order for Dismissal with Prejudice [F.R.C.P. 41(a)(1)(i)]*

PDF created with pdfFactory trial version www.pdffactory.com